# EXHIBIT B

# DECLARATION OF JOSEPH BRUNGARD

I, Joseph Brungard, declare as follows:

1. I am the plaintiff in the above-entitled action and make this declaration to the best of my knowledge, information and belief of the facts stated herein.

2. I am over twenty-one years of age and am a resident of California.

3. Defendants conduct business and are headquartered in San Leandro, California, which is within the jurisdiction of the Federal District Court for the Northern District of California. San Leandro, California is the Defendant's principal place of business.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was signed on the day of October 10, 2017, at San Diego, California.

_____
Joseph Brungard

EXHIBIT B TO CLASS ACTION COMPLAINT
DECLARATION OF JOSEPH BRUNGARD