**NICHOLAS & TOMASEVIC, LLP**
Craig M. Nicholas (SBN 178444)
Alex Tomasevic (SBN 245598)
David G. Greco (SBN 299635)
225 Broadway, 19th Floor
San Diego, California 92101
Telephone:   (619) 325-0492
Facsimile:    (619) 325-0496
Email: cnicholas@nicholaslaw.org
Email: atomasevic@nicholaslaw.org
Email: dgreco@nicholaslaw.org

**LAGUARDIA LAW**
Eric A. LaGuardia (SBN 272791)
402 West Broadway, Suite 800
San Diego, California 92101
Tel: (619) 655-4322
Fax: (619) 655-4344
Email: eal@laguardialaw.com

Attorneys for Plaintiff
JOSEPH BRUNGARD

**MAYER BROWN LLP**
Dale J. Giali (SBN 150382)
Keri E. Borders (SBN 194015)
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-1503
Telephone: (213) 229-9500
Facsimile (213) 625-0248
Email: dgiali@mayerbrown.com
Email: kborders@mayerbrown.com

Attorneys for Defendant
GHIRARDELLI CHOCOLATE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH BRUNGARD, individually and behalf of others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>GHIRARDELLI CHOCOLATE COMPANY, a California corporation,<br><br>Defendants. | Case No.: 3:17-cv-05873-EMC<br><br>The Honorable Edward M. Chen<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of this action with prejudice with each side bearing its fees and costs.

Respectfully submitted:

Dated: June 21, 2018                **NICHOLAS & TOMASEVIC, LLP**

By: _/s/ Alex Tomasevic_
Alex Tomasevic

Attorneys for Plaintiff
Joseph Brungard

Dated: June 21, 2018                **MAYER BROWN LLP**

By: _/s/ Dale J. Giali_
Dale J. Giali

Attorneys for Defendant
Ghirardelli Chocolate Company

*IT IS SO ORDERED*
*Judge Edward M. Chen*

### **ATTESTATION**

I, Alex Tomasevic, hereby attest, pursuant to Civil Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from each signatory.

By: _/s/ Alex Tomasevic_
Alex Tomasevic

1  **NICHOLAS & TOMASEVIC, LLP**
   Craig M. Nicholas (SBN 178444)
2  Alex Tomasevic (SBN 245598)
   David G. Greco (SBN 299635)
3  225 Broadway, 19th Floor
   San Diego, California 92101
4  Tel: (619) 325-0492
   Fax: (619) 325-0492
5  Email: cnicholas@nicholaslaw.org
   Email: atomasevic@nicholaslaw.org
6  Email: dgreco@nicholaslaw.org

7  Attorneys for Plaintiff
   Joseph Brungard
8

9               **UNITED STATES DISTRICT COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**

11 | JOSEPH BRUNGARD, individually and behalf of others similarly situated; | CASE NO.: 3:17-cv-05873-EMC |
   | --- | --- |
12 |   | **PROOF OF SERVICE** |
   | Plaintiff, |   |
13 | vs. |   |
   |   | **Judge**:   Hon. Edward M. Chen |
14 | GHIRARDELLI CHOCOLATE COMPANY, a California corporation; and DOES 1 through 100, inclusive, |   |
15 |   | **Complaint Filed**: October 12, 2017 |
16 |   |   |
   | Defendants. |   |
17 |   |   |

28

1  I, **Emilia S. Carrillo**, declare that I am over the age of 18 years and am not a
2  party to the case; I am employed in the County of San Diego, California, where the
3  mailing occurs; and my business address is 225 Broadway, 19th Floor, San Diego,
4  California 92101.

5  On June 21, 2018, I served the within: **SEE ATTACHED LIST** on the
6  interested parties in said action by:

7
8  [ ]  **BY ELECTRONIC MAIL:** I caused all of the pages of the above-entitled document(s) to be served, via electronic mail (e-mail), to the e-mail
9  address of the addressee(s) so indicated.

10  [X]  **BY ELECTRONIC FILING.** I caused all of the pages of the above-entitled document(s) to be electronically filed and served on designated
11  recipients through the Electronic Case Filing system for the above-entitled
12  case. Please see attached list of documents and recipients served. The file transmission was reported as successful and a copy of the Electronic Case
13  Filing Receipt will be maintained with the original document(s) in our office.

14
15  I declare under penalty of perjury that the above is true and correct. I further
16  declare that I am employed in the office of a member of the bar of this Court, at whose
17  direction the service was made. Executed on **June 21, 2018**, at San Diego, California.

18
19  _____
    Emilia S. Carrillo
20
21
22
23
24
25
26
27
28

*Joseph Brungard v. Ghirardelli Chocolate Company, et al.*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Case No. 3:17-cv-05873-EMC

# PROOF OF SERVICE

## DOCUMENTS SERVED:

(1)     STIPULATION OF DISMISSAL WITH PREJUDICE.

## PARTIES SERVED:

Dale J. Giali
Keri E. Borders
**MAYER BROWN LLP**
350 South Grane Avenue, 25th Floor
Los Angeles, CA 90071-1503
Tel: (213) 229-9500
Fax: (213) 625-0248
Email: dgiali@mayerbrown.com
Email: kborders@mayerbrown.com

Attorneys for Defendant
GHIRARDELLI CHOCOLATE COMPANY